IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL LABAR, individually and as | : | |
| Administrator of the Estate of | : | |
| JOLENE LABAR | : | |
| Plaintiffs | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| OFFICER JAMES T. ALERCIA, et al. | : | No. 09-4182 |
| Defendants | : | |

## ORDER

AND NOW, this 28th day of February, 2011, upon consideration of the motion of defendant Palmer Township for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Doc. # 30), plaintiff's memorandum of law in opposition to defendant's motion (Doc. # 34), and defendant's reply brief (Doc. # 37), it is hereby ORDERED that defendant's motion is GRANTED.

                                          BY THE COURT:

                                          /s/ LAWRENCE F. STENGEL
                                          LAWRENCE F. STENGEL, J.