IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL LABAR, individually and as Administrator of the Estate of JOLENE LABAR | : : : | |
| Plaintiffs | : : | Civil Case |
| v. | : : | |
| OFFICER JAMES T. ALERCIA, et al. Defendants | : : | No. 09-4182 |

## ORDER

AND NOW, this 9th day of June, 2011, in accordance with my Order granting the defendant Palmer Township's motion for judgment on the pleadings and my Order granting the defendant Wilson Borough's motion for judgment on the pleadings, and in accordance with Federal Rule of Civil Procedure 58, it is hereby ORDERED that judgment is entered on behalf of defendants Township of Palmer and Borough of Wilson and against the plaintiffs.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.